1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   9120 West Post Road, Suite 100
4  Las Vegas, Nevada 89148
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Plaintiff*
   **LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

LAS VEGAS DEVELOPMENT GROUP, LLC, )
a Nevada limited liability company,         )
                                             )
                              Plaintiff,    )    Case No.    2:15-cv-00922-RCJ-PAL
                                             )
vs.                                          )
                                             )
HEATHER HEUKE, an individual; JP            )
MORGAN CHASE BANK, NA, a National           )
Banking Association, as successor by merger to )
CHASE HOME FINANCE, LLC; FIRST              )
AMERICAN TRUSTEE SERVICING                   )
SOLUTIONS, LLC, a Texas limited liability   )
company; MICHAEL W. DUPUIS, an              )
individual; SHIRLEY J. DUPUIS, an           )
individual; UNITED WESTERN                   )
PROPERTIES, LLC, a Nevada limited liability )
company; ONE NEVADA CREDIT UNION, a         )
Nevada non-profit cooperative corporation;   )
DOE individuals I through XX; and ROE       )
CORPORATIONS I through XX,                   )
                                             )
                              Defendants.   )
_____  )

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO MOTION TO DISMISS**
**(First Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and

Defendants, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, HEATHER

HUEKE and ONE NEVADA CREDIT UNION, by and through their undersigned counsel, and

hereby stipulate and agree as follows:

1. On May 26, 2015, Defendant, First American Trustee Servicing Solutions, LLC, filed a Motion to Dismiss [Doc. #7];

2. On May 27, 2015, Defendants, Heather Heuke and One Nevada Credit Union filed a Joinder to said Motion [Doc. #9];

3. On May 28, 2015, Plaintiff filed a Motion to Remand [Doc. #10];

4. Plaintiff's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion to Dismiss which have detracted from the time available prepare a response;

5. Plaintiff shall have an extension of time until July 13, 2015, in which to respond to the Defendants' Motion to Dismiss and Joinder.

6. This Stipulation is made in good faith in an effort to save time, money and expense on the part of the parties, as well to save judicial resources of this Court.

Dated this ___10th___ day of June, 2015.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

KOLESAR & LEATHAM

/s/ *Brittany Wood*
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
702-362-7800
bwood@klnevada.com
*Attorney for Defendants*
**FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, HEATHER HUEKE AND ONE NEVADA CREDIT UNION**

**IT IS SO ORDERED**

By: _____
Judge, U.S. District Court

Dated: __June 15, 2015_____

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile: (702) 228-7719