ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> HEATHER HEUKE, an individual; JP MORGAN CHASE BANK, NA, a National Banking Association, as successor by merger to CHASE HOME FINANCE, LLC; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, a Texas limited liability company; MICHAEL W. DUPUIS, an individual; SHIRLEY J. DUPUIS, an individual; UNITED WESTERN PROPERTIES, LLC, a Nevada limited liability company; ONE NEVADA CREDIT UNION, a Nevada non-profit cooperative corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No.   2:15-cv-00922-RCJ-PAL |

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO MOTION TO DISMISS**
**(Second Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and

Defendants, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, HEATHER

9928 Kudo Court

HUEKE, JPMORGAN CHASE BANK, NA, a National Banking Association, as successor by merger to CHASE HOME FINANCE, LLC and ONE NEVADA CREDIT UNION, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On May 26, 2015, Defendant, First American Trustee Servicing Solutions, LLC, filed a Motion to Dismiss [Doc. #7];

2. On May 27, 2015, Defendants, Heather Heuke and One Nevada Credit Union filed a Joinder to said Motion [Doc. #9];

3. On May 28, 2015, Plaintiff filed a Motion to Remand [Doc. #10]. The Motion to Remand is fully briefed and awaiting the Court's decision;

4. On June 12, 2015, Defendant, JPMorgan Chase, N.A., filed a Joinder to the Motion to Dismiss [Doc. #16];

5. On June 10, 2015, the Plaintiff and the Movants filed a Stipulation [Doc. #15] to extend Plaintiff's time to respond to the Motion to Dismiss, which stipulation was approved by the Court on June 15, 2015 [Doc. #17]. Pursuant to said stipulation, Plaintiff's response is currently due on July 13, 2015;

6. On June 22, 2015, the parties submitted a proposed Stipulation to Stay Discovery [Doc. #21] pending a ruling on the Motion to Remand and, if appropriate, the Motion to Dismiss. On June 29, 2015, the Court set a scheduling conference related to said stipulation to be held on July 13, 2015.

7. Plaintiffs' counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion to Dismiss which have detracted from the time available to prepare a response;

8. Furthermore, the parties expect that they may receive some direction from the Court regarding the pending motions at the time of the scheduling conference on July 13, 2015.

9. Plaintiff shall have an additional extension of time in which to respond to the Defendants' Motion to Dismiss and Joinders until and including July 27, 2015.

//

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

10. This Stipulation is made in good faith and not for purpose of delay.

Dated this   9th   day of July, 2015.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | KOLESAR & LEATHAM |
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Plaintiff* <br> **LAS VEGAS DEVELOPMENT GROUP, LLC** | /s/ *Brittany Wood* <br> BRITTANY WOOD, ESQ. <br> Nevada Bar No. 7562 <br> 400 S. Rampart Boulevard, Suite 400 <br> Las Vegas, Nevada  89145 <br> 702-362-7800 <br> bwood@klnevada.com <br> *Attorney for Defendants* <br> **FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, HEATHER HUEKE AND ONE NEVADA CREDIT UNION** |

BALLARD SPAHR LLP

/s/ *Sylvia O. Semper*
SYLVIA O. SEMPER, ESQ.
Nevada Bar No. 12863
100 North City Pkwy., Ste. 1750
Las Vegas, Nevada 89106
702-471-7000
sempers@ballardspahr.com
*Attorney for Defendant*
**JP MORGAN CHASE BANK, N.A.**

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: ——— July 9, 2015 ———