UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>HEATHER HEUKE, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:15-cv-00922-RCJ-PAL<br><br>ORDER<br><br>(Stip to Stay – Dkt. #21) |

The court conducted a hearing on the parties' Stipulation and Order to Stay Discovery (Dkt. #21) filed June 22, 2015. Roger Croteau appeared on behalf of Plaintiff, and Abran Vigil and Brittany Wood appeared on behalf of Defendants. The parties request a stay of discovery in this matter due to the pending Motion to Dismiss (Dkt. #7) and Joinders (Dkt. ##9, 16) and Motion to Remand (Dkt. #10). The court has taken a "preliminary peek" at the pending motion to dismiss and the response and is not convinced that this case will be disposed of by the outcome of the motion which involves contested issues of fact. The same discovery will be needed whether this case is litigated in state or federal court. The stipulation to stay will therefore be denied.

This stipulation was filed on June 22, 2015, and the parties have engaged in no discovery before the July 13, 2015 hearing. The court will enter a standard 180-day discovery plan and scheduling order measured from the date of the hearing. Accordingly,

**IT IS ORDERED** that:

1. The parties' Stipulation and Order to Stay Discovery (Dkt. #21) is **DENIED.**
2. The following discovery plan and scheduling order dates shall apply:
    a. The parties shall meet and/or confer as required by Fed. R. Civ. P. 26(f) not later than **4:00 p.m.**, **July 27, 2015**

1

      b.      Last date to complete discovery: **January 11, 2016.**

      c.      Last date to amend pleadings and add parties:  **October 13, 2015.**

      d.      Last date to file interim status report: **November 10, 2015.**

      e.      Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **November 10, 2015.**

      f.      Last date to disclose rebuttal experts: **December 10, 2015.**

      g.      Last date to file dispositive motions: **February 8, 2016.**

      h.      Last date to file joint pretrial order: **March 9, 2016.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

3.      The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

4.      Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., December 21, 2015,** and shall fully comply with the requirements of LR 26-4.

5.      Pursuant to the direction of the District Judge that trial be set on the trial stack closest to 120 days after close of discovery, **Calendar Call** is set for **10:00 a.m., May 9, 2016,** with the **Trial Date** being set for **9:00 a.m., May 16, 2016**, before Judge Robert C. Jones.

DATED this 13th day of July, 2015.

 

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2